IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD A. COOPER,

 Appellant/Cross-Appellee,

v.

STATE OF FLORIDA,

 Appellee/Cross-Appellant.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-690

CORRECTED PAGES: pg 1
CORRECTION IS UNDERLINED IN
RED
MAILED: December 8, 2016
BY: KMS

Opinion filed December 6, 2016.

An appeal from the Circuit Court for Columbia County.
Wesley R. Douglas, Judge.

Nancy A. Daniels, Public Defender, A. Victoria Wiggins, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tayo Popoola, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

 AFFIRMED.

MAKAR, KELSEY, and WINSOR, JJ., CONCUR.